# Court of Appeals
# of the State of Georgia

ATLANTA,  July 20, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1592. DEWAYNE DEON THOMAS v. THE STATE.**

In 2019, Dewayne Deon Thomas entered a non-negotiated guilty plea to possession of cocaine with intent to distribute, possession of methamphetamine with intent to distribute, possession of marijuana with intent to distribute, and failure to maintain lane. Thomas was sentenced to ten years with seven to be served for each of the three possession convictions and one year to be served on the conviction for failure to maintain lane, with all four sentences to be served concurrently. Thomas did not appeal his convictions, but instead filed a "Motion to Release, Remove, and Discharge all Charges Pursuant to Case Number 18-B-03689-3" and a "Motion for a Bill of Particular," both of which appear to challenge the validity of his convictions. The trial court denied his motions, and he filed this appeal.[1] We lack jurisdiction.

The Supreme Court has made clear that a motion seeking to challenge an allegedly invalid or void judgment of conviction "is not one of the established procedures for challenging the validity of a judgment in a criminal case" and that an appeal from the denial of such a motion is subject to dismissal. *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Because Thomas is not authorized to

---

[1] Thomas's notice of appeal was directed to the Supreme Court, which transferred the case here. See S22A0902 (May 17, 2022).

collaterally attack his conviction in this manner, this appeal is hereby DISMISSED. See id.; *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___07/20/2022___

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*